**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARVIN NOLASCO RODRIGUEZ,

                Plaintiff,

    -against-                          20 **CIVIL** 4118 (PKC)

                                        **JUDGMENT**

THOMAS DECKER, et al.,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated September 2, 2020, the individualized bond hearing having been held, judgment is entered and the case is dismissed as moot.

**Dated:**  New York, New York

       September 2, 2020

                                                      **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                       **BY:**     *K. Mango*

                                                       **Deputy Clerk**